UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL T. GRANT LOVE,
    Plaintiff,

v.                                         Case No.  8:21-cv-1810-WFJ-CPT

CAPTAIN SPIVA,
    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court on review of the case file. On March 7, 2022, the Court dismissed Mr. Love's complaint without prejudice with leave to amend within twenty-one days. (Doc. 16). Mr. Love was warned that his failure to timely amend the complaint would result in dismissal of the case without further notice. The order was mailed to Mr. Love at his address of record and was not returned undeliverable. Nonetheless, he did not file an amended complaint.

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice for failure to state a claim. *See* 28 U.S.C. § 1915A(b)(1). The clerk must enter judgment accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE